IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM MCDERMET<br><br>    Plaintiff<br><br>v.<br><br>DIRECTV, LLC<br>THE DIRECTV GROUP, INC<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:19-cv-11322-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff William McDermet moves, pursuant to Rule 56, for an order entering summary judgment in his favor and against the Defendants on:

1. Count I of the Complaint, with monetary damages as allowed under the Federal Telephone Consumer Protection Act, 47 U.S. Code § 227(b)(3) and § 227(c)(5), in the amount of $150,000; and

2. Count II of the Complaint, with monetary damages as allowed under the Massachusetts Telephone Solicitation Act, M.G.L.c.159C§8(b)(ii), in an amount up to $285,000.

Plaintiff states that summary judgment is proper on these counts because there is no genuine issue as to any material fact in Count I or Count II, and that Plaintiff is entitled to summary judgment to the extent requested as a matter of law.

In support of this motion are the following attachments:

1. Memorandum of Law

1

2. Statement of Facts

3. Transcripts of the complained-of telephone calls

4. Plaintiff's affidavit

5. E-mail messages from the Federal Trade Commission

6. Correspondence from Defendants

7. Plaintiff's demand letter to Defendants

By William McDermet, pro se

_____ April 27, 2020
4 Second Street
Ipswich, MA 01938
978.270.8669
xebec2718@gmail.com
BBO# 698527

## CERTIFICATION OF CONFERENCE

Plaintiff and counsel for Defendants conferred by telephone on April 23, 2020, regarding each party's motion for Summary Judgment, in an attempt to narrow the issues.

## CERTIFICATION OF SERVICE

I hereby certify that on this day, April 27, 2020, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Gina M. Puls**
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
857-488-4287
Email: gmpuls@duanemorris.com

**Kyle J. Steinmetz**
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
312-701-8547
Email: ksteinmetz@mayerbrown.com

**Steven M. Cowley**
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02210-1724
857-488-4261
Email: smcowley@duanemorris.com

_____
William McDermet, Esq.
BBO# 698527