# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

William McDermet
          Plaintiff

v.                                          CIVIL ACTION NO. 1:19-cv-11322-FDS

DIRECTV, LLC et al
          Defendant

## JUDGMENT

D.J. Saylor

_____  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Memorandum and Order [51] dated 01/21/2021 The motion for summary judgment of defendants DirecTV, LLC, and The DirecTV Group, Inc. is GRANTED.

ROBERT M. FARRELL
CLERK OF COURT

Dated:  01/21/2021                          By  /s/ Taylor Halley
                                                Deputy Clerk